JS 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JULIA INES LUCERO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NBS DEFAULT SERVICES LLC; SPECIALIZED LOAN SERVICES LLC; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:16-cv-01689-DSF-(DTB)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO REMAND MATTER TO STATE COURT**<br><br>(Removed from Riverside County Superior Court, Case No. RIC1607947 on Aug. 4, 2016) |

Upon review of the ex parte application to remand the instant matter to the Superior Court of Riverside County, California, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS:**

This matter is remanded back to the Superior Court of Riverside County California forthwith.

**IT IS SO ORDERED.**

DATED: 9/7/16

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO REMAND

Respectfully Submitted by:
**MCGUIREWOODS LLP**
Adam F. Summerfield (SBN 259842)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210
Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2016, I electronically filed the foregoing document entitled **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO REMAND MATTER TO STATE COURT** with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

I served the above document by U.S. Mail to:

Julia Ines Lucero

8210 Acapulco Place

Riverside, CA 92504

By: /s/     *Adam F. Summerfield*

---

CERTIFICATE OF SERVICE